# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.                                                                       5:21-cr-75-JA-PRL

**ELIAS CHIROY-CAC,**
    Defendant.

AUSA: William Hamilton
Deft. Atty.: Samuel Landes (FPD)

| JUDGE | Philip R. Lammens | DATE AND TIME | November 1, 2021<br>10:00 am – 10:14 am<br>14 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL (Zoom) |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Not Present |

## MINUTES – STATUS CONFERENCE re HEARING ON SCHEDULING OF AN EVIDENTIARY HEARING

Hearing held virtually. Defendant not present.

Appearances of counsel.

The hearing was set to discuss the defendant's request for an evidentiary hearing on the motion to dismiss.

Discussion with the parties.

Government advises the court of upcoming paternal leave starting December 7th or 8th. He is not specifically requesting protection of dates as he will maintain active control of cases but his availability for substantive hearing will be limited.

The FPD and the Government will confer and attempt to streamline the process regarding submission of exhibits/transcripts.

Court acknowledges and requests that if the parties agree upon that, they shall file an agreement within in two weeks.