UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:21-cr-75-JA-PRL

ELIAS CHIROY-CAC

_____/

### MEMORANDUM REGARDING USE OF THE U.S. SENTENCING COMMISSION'S INTERACTIVE DATA ANALYZER

In support of his motion to dismiss, Mr. Chiroy-Cac submitted as Exhibit O a very large spreadsheet containing data on prosecutions under 8 U.S.C. § 1326 provided by the U.S. Sentencing Commission. The data appear unintelligible without the assistance of a witness to explain, which Mr. Chiroy-Cac would have done at an evidentiary hearing. However, because the parties are endeavoring to resolve the motion without the need of an evidentiary hearing, this memorandum is offered instead.

The Sentencing Commission's data is also available in a more user-friendly form through its "Interactive Data Analyzer" tool, available at https://ida.ussc.gov/analytics/saw.dll?Dashboard. The Data Analyzer demonstrates that the available data show that just short of 98% of defendants prosecuted under § 1326 were Hispanic. All defendants prosecuted under § 1326 under U.S.S.G. § 2L1.2. *See Guidelines Manual* app. A. To obtain a baseline of all

§ 1326 defendants regardless of race, select filters for all available fiscal years (2016 to 2020), and Guideline 2L1.2. These filters produce 107,492 defendants:

**Federal Offenders in Each District**
Fiscal Year 2015,2016,2017,2018,2019,2020

| Circuit | District | N | % |
|---|---|---|---|
| Grand Total | | 107,492 | 100.0% |

To determine what percent of these defendants is Hispanic, add the race filter for Hispanic, producing 105,266 defendants:

**Federal Offenders in Each District**
Fiscal Year 2015,2016,2017,2018,2019,2020

| Circuit | District | N | % |
|---|---|---|---|
| Grand Total | | 105,266 | 100.0% |

105,266 is 97.9% of the total of 107,492. Thus, 97.9% of § 1326 defendants in the available data were Hispanic.

A. FITZGERALD HALL, ESQ
FEDERAL DEFENDER

*/s Samuel E. Landes*
Samuel E. Landes, Esq,
D.C. Bar No. 1552625
400 North Tampa Street, Ste. 2700
Tampa, Florida 33602
Email: Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th of November 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to AUSA William Hamilton.

/s *Samuel E. Landes*
Samuel E. Landes, Esq.
Assistant Federal Defender